■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD NEELEY.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ JACK SIGMAN, as Trustee v. GEORGE ALTMAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of DONALD A. SWAN against COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK.— Motion granted insofar as to add the appeal to the Enumerated Calendar for the June 1960 Term of this court and to place the appeal at the foot of the Day Calendar for June 10, 1960, on condition that the appellant serves and files a notice of argument on or before May 31, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ NICHOLAS A. KARGER v. PIERRE F. NESI et al., and SID FARBER, Appellant.— Motion granted only insofar as to permit the appeal to be added to the foot of the June 7, 1960 Non-Enumerated Calendar of this court, on condition that the appellant serves and files a notice of argument on or before May 27, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT IRIZARRY against MILTON KLEIN, as Warden.— Motion for stay granted and all further proceedings under the order appealed from are stayed pending the hearing and determination of the appeal on condition that the appellant procures the original record and the typewritten appellant's points to be served and filed on or before May 31, 1960, with notice of argument for June 7, 1960. The respondent's points are to be served and filed on or before June 3, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.